IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Plaintiff,                    No. CIV S-07-0790 WBS DAD P

    vs.

J.E. TILTON, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.  This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(b)(1).  An initial partial filing fee of $0.53 will be assessed by this order.  <u>See</u> 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1

the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

In the present case, plaintiff has identified as defendants J.E. Tilton, T. Lockwood, K. Brandon, G. Parker, and J.E. Mayfield.  Plaintiff alleges that the defendants have erroneously classified him as a gang member and placed him in a secured housing unit without due process. Plaintiff claims that defendants' decision was based on fraudulent confidential information that is wholly unreliable.  Plaintiff further claims that defendants' actions were taken in retaliation against him because he associates with prisoners within his ethnic group.  Plaintiff requests injunctive relief and costs of this suit.

Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 21, 2007 application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $0.53.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service of the complaint is appropriate for the following defendants:  J.E. Tilton, T. Lockwood, K. Brandon, G. Parker, and J.E. Mayfield.

4. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed April 25, 2007.

/////

1         5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

         a. The completed, signed Notice of Submission of Documents;

         b. One completed summons;

         c. One completed USM-285 form for each defendant listed in number 3 above; and

         d. Six copies of the endorsed complaint filed April 25, 2007.

         6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rios0790.1

3

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RENO FUENTES RIOS,
11          Plaintiff,                    No. CIV S-07-0790 WBS DAD P
12       vs.
13   J.E. TILTON, et al.,                 NOTICE OF SUBMISSION
14          Defendants.                   OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18          _____ one completed summons form;
19          _____ five completed USM-285 forms; and
20          _____ six true and exact copies of the complaint filed April 25, 2007.
21   DATED: _____.
22
23
                                                 _____
24                                                         Plaintiff
25
26