IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

        Plaintiff,                    No. CIV S-07-0790 WBS DAD P

   vs.

J.E. TILTON, et al.,

        Defendants.              ORDER

_____/

        On March 6, 2008, this court found that plaintiff's complaint appeared to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). The court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and other documents necessary to effect service on defendants. On March 26, 2008, plaintiff informed the court that he never received the documents necessary to effect service on defendants.[1] Plaintiff also requested an extension of time to comply with the court's March 6, 2008 order.

/////

/////

---

[1] On April 2, 2008, the court served plaintiff with the documents necessary to effect service on defendants.

1

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 26, 2008 request for an extension of time is granted; and

      2. Plaintiff shall submit the documents necessary to effect service on defendants within thirty days of the date of this order.

DATED: April 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rios0790.usm