IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RENO FUENTES RIOS**,<br><br>                                          Plaintiff,<br><br>              v.<br><br>**J.E. TILTON, et al**.,<br><br>                                          Defendants. | CASE NO.: 2:07-cv-00790 WBS DAD P<br><br>**ORDER** |

On June 20, 2008, Defendants filed a request for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received and that defense counsel has not yet received a request to represent Defendant Lockwood. Defendants further explained that additional time is necessary to prepare a responsive pleading and to ensure that defense counsel can represent Defendant Lockwood.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including July 30, 2008, in which to file their responsive pleading.

DATED: June 23, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rio0790.36