IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Plaintiff,                    No. CIV S-07-0790 WBS DAD P

    vs.

J.E. TILTON, et al.,

    Defendants.                    ORDER
_____/

    Plaintiff has requested an extension of time to file a response to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 14, 2008 request for an extension of time (Doc. No. 20) is granted; and

    2. Plaintiff shall file his opposition to defendants' motion to dismiss on or before September 25, 2008. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: August 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
rios0790.36opp