IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RENO FUENTES RIOS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TILTON, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO.: 2:07-cv-00790 WBS DAD P<br><br>**ORDER** |

　　　　Defendants have filed a request for a four-day extension of time to file a reply brief in support of their motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an additional four days to file a reply brief in support of their motion to dismiss.

DATED: September 23, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rios0790.36rep