1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RENO FUENTES RIOS,

11          Plaintiff,                    No. CIV S-07-0790 WBS DAD P

12      vs.

13   J.E. TILTON, et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 26, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fifteen days.  Neither

22   party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1. The findings and recommendations filed January 26, 2009, are adopted in full;

2. Defendants' July 25, 2008 motion to dismiss (Doc. No. 19) is granted in part and denied in part as follows:

    a. Defendants' motion to dismiss for failure to state a cognizable claim against defendants Tilton and Lockwood is denied;

    b. Defendants' motion to dismiss for failure to state a retaliation claim against defendant Mayfield is denied; and

    c. Defendants' motion to dismiss for failure to state a due process claim against defendant Mayfield is granted.

DATED:  March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/rios0790.801