IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Plaintiff,                    No. 2:07-cv-0790 WBS KJN P

    vs.

J.E. TILTON, et al.,

    Defendants.                <u>ORDER</u>

/

        Defendants request a second extension of time, twenty days past the discovery deadline of July 1, 2010, within which to respond to plaintiff's second set of requests for production of documents and second set of interrogatories served upon defendants Tilton and Lockwood. The court granted defendants' first request for an extension of time over the objections of plaintiff that he would be prejudiced due to the shortened time within which he would be allowed to file a discovery motion should one be necessary. Defendants' counsel, a Deputy Attorney General, again rests his request based upon the representation of legal counsel for the California Department of Corrections and Rehabilitation that such additional time is required.

        Good cause appearing, the court will grant defendants' request. However, in deference to plaintiff's concerns, the court will extend the deadlines for concluding discovery and

1

filing dispositive motions.

Accordingly, IT IS HEREBY ORDERED that:

1. The discovery deadline is extended to August 20, 2010. Any motion to compel discovery shall be filed by that date.

2. The deadline for filing dispositive motions is extended to November 19, 2010.

3. Defendants shall, on or before July 20, 2010, serve plaintiff with full responses, including all responsive documents, to plaintiff's second set of requests for production of documents and second set of interrogatories served upon defendants Tilton and Lockwood.

4. Any further request by defendants for an extension of time to respond to plaintiff's discovery requests shall be viewed with disfavor.

SO ORDERED.

DATED: July 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.eot.II

2