IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

      Plaintiff,                      No. CIV S-07-0790 WBS KJN P

   vs.

J.E. TILTON, et al.,

      Defendants.                <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 23, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 23, 2011, are adopted in full;

2. Defendants' motion for summary judgment is granted in part and denied in part; and

3. This action will proceed only on plaintiff's retaliation claim against defendant Mayfield; summary judgment is granted for all other defendants on all remaining claims.

DATED:  October 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/rios0790.805