IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

      Plaintiff,                        No. 2:07-cv-0790 WBS KJN P

    vs.

J.E. TILTON, et al.,

      Defendants.              <u>ORDER</u>

                                     /

         Plaintiff's motion (Dkt. No. 122) to stay the pretrial scheduling order in this action, is denied as moot; the court vacated the scheduling order pending appointment of counsel in this action (Dkt. No. 121).

         Plaintiff's further motion (Dkt. No. 122) for amendment of the pleadings and further discovery, is denied without prejudice. Although the motion is viewed with disfavor, because filed after resolution of defendants' motion for summary judgment, and pending the re-setting of trial, the court may consider renewal of the motion by appointed counsel for good cause shown.

////

////

////

1   The Clerk of Court shall indicate that plaintiff's motion filed May 24, 2012 (Dkt.
2   No. 122), is denied in its entirety.
3   DATED: June 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.mtn.dwop