IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

        Plaintiff,                      No. 2:07-cv-0790 WBS KJN P

    vs.

J.E. TILTON, et al.,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with an action under 42 U.S.C. § 1983. By order filed May 23, 2012 (Dkt. No. 121), the court found that appointment of counsel for plaintiff is warranted. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina, who have been selected from the court's pro bono attorney panel, are hereby appointed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina are appointed as counsel in the above-entitled matter. Counsel have represented that they are preparing an engagement letter regarding the provision of services, and that their appointment as counsel shall be contingent on plaintiff executing the engagement letter and returning it to appointed counsel. Appointed counsel shall file a written notice with the court upon plaintiff's satisfactory execution and return of the engagement letter.

2. Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Stephen M. Duvernay, Ashley H. Joyce, and Alex M. Medina, DLA Piper LLP, 400 Capitol Mall, Suite 2400, Sacramento, California 94025.

DATED: June 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.31.appt.cnsl