1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RENO FUENTES RIOS,

11            Plaintiff,                    No. 2:07-cv-0790 WBS KJN P

12        vs.

13   J.E. TILTON, et al.,

14            Defendant.              ORDER

15   _____/

16            By order filed June 7, 2012, this court appointed counsel to represent plaintiff

17   through the remainder of this action.  The appointment was contingent on plaintiff executing an

18   engagement letter and returning it to appointed counsel, which has now been completed.

19            This action proceeds on one claim against one defendant, specifically, a First

20   Amendment retaliation claim against defendant Mayfield.  Defendants were granted summary

21   judgment on each of plaintiff's other claims.

22            Before scheduling this action for pretrial and trial proceedings, the court invites

23   counsel for plaintiff and defendant to consider whether a settlement conference would be helpful

24   and should first be set.

25   ////

26   ////

1    Accordingly, IT IS HEREBY ORDERED that, within thirty days after the filing

2    date of this order, counsel for both parties shall file a joint statement indicating whether a

3    settlement conference should be scheduled in this action and, if so, whether the parties agree that

4    the undersigned may preside over the conference or request that another magistrate judge do so.

5    SO ORDERED.

6    DATED:  June 28, 2012

7

8    _____
     KENDALL J. NEWMAN

9    UNITED STATES MAGISTRATE JUDGE

10   rios0790.jt.stat.cnsl

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26