IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

        Plaintiff,                    No. 2:07-cv-0790 WBS KJN P

    vs.

J.E. TILTON, et al.,

        Defendants.            <u>ORDER</u>

/

        In response to this court's order filed June 29, 2012, counsel for all parties filed a joint statement indicating their lack of agreement on the potential benefit of setting a settlement conference in this action. (<u>See</u> Dkt. No. 127.) Accordingly, no settlement conference will be set at this time.

        To assist the court in setting pretrial and trial dates, the parties are directed to file, within fourteen days after the filing date of this order, a joint statement that identifies: (1) the anticipated length of trial; and (2) any dates within the next year when any party may be unavailable for trial or a trial confirmation hearing.

////

////

////

1

1         SO ORDERED.
2  DATED: August 2, 2012
3
4                                      _____
                                       KENDALL J. NEWMAN
5                                      UNITED STATES MAGISTRATE JUDGE
6  rios0790.pts