IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

        Plaintiff,                      No. 2:07-cv-0790 WBS KJN P

    vs.

J.E. TILTON, et al.,

        Defendants.              <u>ORDER</u>

/

        On June 7, 2012, this court appointed the following counsel to represent plaintiff in this action: Alexander M. Medina, Stephen M. Duvernay, and Ashley H. Joyce, all attorneys with the Sacramento law firm of DLA Piper LLP. (Dkt. No. 124.) Attorneys Medina and Duvernay now request withdrawal of their representation, because they are each taking jobs at other firms. Joyce (CA State Bar No. 272549) will continue to represent plaintiff; however, counsel requests that the court appoint the following attorneys to work with Joyce on this case: DLA Piper partner Todd M. Noonan (CA State Bar No. 172962), as supervisor; and associates Regina Jones (CA State Bar No. 264754), and Megan Sammut (CA State Bar No. 287772). It has come to the attention of the undersigned that all attorneys with the exception of Ms. Sammut are currently admitted to practice in this court.

////

1    The court notes that plaintiff's counsel have timely filed an opposition to
2 defendants' motion for summary judgment, and that this case remains on schedule.
3    For good cause shown, IT IS HEREBY ORDERED that:
4    1. The request of attorneys Medina and Duvernay, to withdraw their
5 representation of plaintiff in this action, is granted.
6    2. The request to appoint attorneys Todd M. Noonan and Regina Jones to
7 represent plaintiff in this action, together with current counsel Ashley H. Joyce, is granted;
8 however, the request to appoint attorney Megan Sammut is denied without prejudice, pending her
9 admission to practice in this court.
10    3. The Clerk of Court is directed to modify the docket to reflect this substitution
11 of counsel.  Also, in addition to serving a copy of this order on current counsel at DLA Piper
12 LLP, 400 Capitol Mall, Suite 2400 Sacramento, CA 95814-4428, the Clerk is directed to send
13 copies of this order to former counsel at the following addresses:

Alexander M. Medina
Alex Medina Law
983 Reserve Drive
Roseville, CA  95678

Stephen M. Duvernay
Benbrook Law Group, pc
400 Capitol Mall, Suite 1610
Sacramento, CA  95814

SO ORDERED.

DATED: January 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.sub.cnsl.amd