UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>J.E. TILTON, et al.,<br><br>        Defendants. | CASE NO.  2:07-cv-00790 WBS KJN P<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATION TO AMEND THE SCHEDULING ORDER FOR THE LIMITED PURPOSE OF TAKING DEPOSITIONS** |

The Parties having stipulated thereto, and good cause appearing therefor, the Parties' Stipulation To Amend The Scheduling Order For The Limited Purposes of Taking Depositions is **GRANTED**.

///
///
///
///
///
///
///
///
///

1    Discovery, previously closed by this Court on March 16, 2012, is hereby reopened for the limited purpose of Plaintiff deposing Defendants Mayfield, Parker, and Brandon, and a Federal Rule of Civil Procedure ("Rule") 30(b)(6) witness on California prison policies and procedures for classifying gang associates and for removing names from the "gang associate" list. Plaintiff may also, for the Rule 30(b)(6) witness, serve a subpoena duces tecum for production of all written policies, procedures, and guidelines, etc., for validating someone as a gang member and for removing someone from the "gang associate" list. The Parties shall make reasonable efforts to take and conclude the depositions in Sacramento by the end of 2013.

Dated: October 28, 2013                    DLA PIPER LLP (US)

                                           By: /s/ Ashley H. Joyce
                                               ASHLEY H. JOYCE
                                               Attorneys for Plaintiff
                                               Reno Fuentes Rios


Dated: October 28, 2013                    KAMALA D. HARRIS
                                           Attorney General of California
                                           MONICA N. ANDERSON
                                           Supervising Deputy Attorney General

                                           By: /s/ David A. Carrasco
                                               DAVID A. CARRASCO
                                               Deputy Attorney General
                                               Attorneys for Defendants Tilton, Mayfield,
                                               Parker, Lockwood, and Brandon

**IT IS SO ORDERED.**

Dated: October 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE