UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>  Plaintiff,<br><br>  v.<br><br>J. E. TILTON, et al.,<br><br>  Defendants. | No.  07-cv-0790 WBS KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed August 27, 2013, are adopted in full;

////

1

  2. Defendants' motion for summary judgment (ECF No. 134) is granted in part and denied in part;

  3. Summary judgment is granted for defendants Tilton and Lockwood and they are dismissed from this action;

  4. Summary judgment is denied for defendants Brandon, Parker, and Mayfield; and

  5. This action will proceed on plaintiff's due process claims against defendants Brandon and Parker, and on plaintiff's retaliation claims against defendants Parker and Mayfield.

Dated:  November 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

rios0790.801