UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>          Plaintiff,<br><br>    v.<br><br>J.E. TILTON, et al.,<br><br>          Defendants. | No.  2:07-cv-00790 WBS KJN P<br><br><br>ORDER |

The motion for summary judgment in this matter was resolved by order filed November 15, 2013. (ECF No. 145.) This action proceeds against defendants Brandon and Parker on plaintiff's due process claims, and against defendants Parker and Mayfield on plaintiff's retaliation claims. Discovery has been extended through 2013 for the limited purpose of permitting plaintiff's counsel to depose each of the defendants, and a Rule 30(b)(6) witness, and to serve a subpoena duces tecum on the Rule 30(b)(6) witness. (ECF No. 144.) Pending the conclusion of this discovery, and pursuant to this order, the court invites the parties to consider whether a settlement conference would be appropriate in this action; alternatively, the parties are directed to identify proposed dates for pretrial conference and trial.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that, on or before January 31, 2014, the parties shall file a joint statement informing the court of the following:

1. Whether a settlement conference should be scheduled in this action.

2. If so, the parties shall inform the court:

   a. Whether the parties agree that the undersigned magistrate judge may preside over the settlement conference, OR request that another magistrate judge do so; and

   b. Identify any dates through May 2014 when any party may not be available to attend the settlement conference.

3. If the parties do not agree that a settlement conference would be helpful in this action, they shall inform the court of the following:

   a. The anticipated length of trial; and

   b. Any dates through 2014 when any party may not be available for pretrial or trial proceedings.

4. Upon review of the parties' joint statement, the court will issue an order further scheduling this action.

SO ORDERED.

Dated: November 18, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE