IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Reno Fuentes Rios

          Plaintiff(s)

vs.

Tilton, et al.

          Defendants.

No. 2:07-cv-00790-WBS-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Ashley Joyce, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 6, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

the depositions of G. Parker, K. Brandon, and J.E. Mayfield, defendants herein, and that of a Federal Rule of Civil Procedure ("Rule") 30(b)(6) witness from the California Department of Corrections and Rehabilitation on California prison policies and procedures for classifying gang associates and for removing names from the "gang associate" list, as well as a subpoena duces tecum on the Rule 30(b)(6) witness for the production of all written policies, procedures, and guidelines, etc. on the same. Plaintiff seeks funds from California's Transcript Reimbursement Fund ("TRF") for deposition transcripts, expected to cost $5,100. The TRF will not cover travel fees for the Rule 30(b)(6) witness ($50) and the court reporter's appearance ($195 a day) for 4 days. Thus, I seek reimbursement for the travel and appearance fees, which should not exceed $830.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 830.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:07-cv-00790-WBS-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of November, 20 13, at Sacramento, California.

_Ashley H. Joyce_
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved ____ Denied (if not covered by TRF fund)

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number ____.

Dated: 1/6/2014

_____
United States District Judge/Magistrate