UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.E. TILTON, et al.,<br><br>　　　　Defendants. | No. 2:07-cv-00790 WBS KJN P<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT** |

　　　　The Parties having stipulated thereto (ECF No. 148), and good cause appearing therefor, the Parties' Stipulation for Extension of Time To File Joint Statement is **GRANTED.**

　　　　The Joint Statement, previously required by this Court to be filed by January 31, 2014 (see ECF No. 146), is hereby required to be filed by February 21, 2014.

　　　　**IT IS SO ORDERED.**

Dated:  January 31, 2014

/rios0790.stip.eot

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1