UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,
    Plaintiff,

    v.

J.E. TILTON, et al.,
    Defendants.

No. 2:07-cv-00790 WBS KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **Inmate Reno Fuentes Rios, CDCR No. E-33173,** a necessary and material witness in proceedings in this case on May 20, 2014, is confined in **Kern Valley State Prison, P.O. Box 3130, Delano, California 93216-6000, in the custody of the Warden**; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person** before the **Honorable Kendall J. Newman at the United States District Court, Eastern District of California, 501 I Street, Sacramento, California, Courtroom No. 25, on Tuesday, May 20, 2014, at 9:00 a.m.**

    ACCORDINGLY, IT IS HEREBY ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

    SO ORDERED.

DATED: April 30, 2014

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kt/rios0790.2290.841.writ.ad.test.