UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RENO FUENTES RIOS,**
    Plaintiff,

    v.

**J.E. TILTON, et al.,**
    Defendants.
_____/

No. 2:07-cv-00790 WBS KJN P

**AMENDED**
**ORDER & WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

    **Inmate Reno Fuentes Rios, CDCR No. E-33173,** a necessary and material witness in proceedings in this case on May 20, 2014, is confined in **Kern Valley State Prison, P.O. Box 3130, Delano, California 93216-6000, in the custody of the Warden**; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **by video-conference** before the **Honorable Kendall J. Newman, United States District Court, Eastern District of California.** Mr. Rios shall appear by video-conference at Kern Valley State Prison,[1] on Tuesday, May 20, 2014, at 9:00 a.m.

    ACCORDINGLY, IT IS HEREBY ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear by video-conference before the United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000:**

    **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, **by video-conference**, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

    SO ORDERED.

Dated: May 8, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rios0790.2290.841.writ.ad.test.amd.video

---

[1] **The order and writ of habeas corpus ad testificandum issued April 30, 2014 (ECF No. 152), which required plaintiff's personal appearance at the federal courthouse, is vacated, and amended as set forth herein; plaintiff's appearance will be only by video-conference.**