TODD M. NOONAN (CA State Bar No. 172962)
JOHN S. WHITTAKER (CA State Bar No. 251791)
MEGAN A. SAMMUT (CA State Bar No. 287772)
RUSSELL J. COOPER (CA State Bar No. 293282)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
Telephone:     916.930-3200
Facsimile:      916.930-3201

Attorneys for Plaintiff
RENO FUENTES RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.E. TILTON, et al.,<br><br>　　　　　Defendants. | CASE NO.  2:07-cv-00790 KJN P<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT<br><br>Trial Date: February 9, 2015<br>Action Filed:  May 20, 2008 |

Having considered Plaintiff's Request to Seal Documents and Plaintiff's Brief Addressing the Reliability of the Source Items Used to Validate Plaintiff As a Gang Associate, IT IS HEREBY ORDERED that the Request to Seal the following document is GRANTED:

1. Plaintiff's Brief Addressing the Reliability of the Source Items Used to Validate Plaintiff As a Gang Associate.

**IT IS SO ORDERED.**

Dated:  October 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.plt.prop.seal