KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6334
 Fax:  (213) 897-7604
 E-mail:  David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*Brandon, Mayfield, and Parker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RENO FUENTES RIOS,**<br><br>                             Plaintiff,<br><br>       v.<br><br>**J.E. TILTON, et al.,**<br><br>                             Defendants. | 2:07-cv-00790 KJN P<br><br>**[PROPOSED]** ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br>Trial Date:  February 9, 2015<br>Action Filed:  May 20, 2008 |

The Court has reviewed Defendants' Request to Seal Documents, the confidential source items, pages 1 through 83, and the confidential declaration of E. Fischer.  Good cause appearing, the Court grants the request to seal all of the confidential source items and Fischer's declaration.

**IT IS SO ORDERED.**

Dated:  October 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rios0790.dfs.prop.seal

1