1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RENO FUENTES RIOS,                              No. 2:07-cv-0790  KJN P

12              Plaintiff,

13        v.                                           ORDER

14     J.E. TILTON, et al.,

15              Defendants.

16

17        Pursuant to this court's pretrial order filed September 19, 2014, the undersigned is

18   presently conducting an in-camera review of the confidential source items relied upon to validate

19   plaintiff as a prison gang associate.   (See ECF No. 171 at 5-6.)

20        Defendants' counsel is hereby directed to serve, and file under seal, on or before Friday,

21   November 21, 2014, a substantive response to plaintiff's sealed "Brief Addressing the Reliability

22   of the Source Items."  Defendants' response shall address the applicable law and plaintiff's

23   concerns regarding each source item, including the reliability of each source item and the

24   informant, but in addressing each item shall rely only on the information originally contained in

25   each source item or considered by the Committee when validating plaintiff as a prison gang

26   associate.

27   ////

28   ////

                                                1

1        SO ORDERED.

2   Dated:  November 3, 2014

3

4   /rios0790.dfs.rsps

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28