IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RENO FUENTES RIOS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J.E. TILTON, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:07-cv-00790 KJN P<br><br>**[PROPOSED]** ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br>Trial Date:  February 9, 2015<br>Action Filed:  May 20, 2008 |

The Court has reviewed Defendants' Request to Seal Documents and Defendants' Response to Plaintiff's Brief Addressing Reliability of the Source Items Used to Validate Plaintiff as a Gang Associate. (ECF No. 179.)  Good cause appearing, the Court grants the request to seal both of these documents.

**IT IS SO ORDERED.**

Dated:  November 25, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rios0790.prop.seal

1