1  TODD M. NOONAN (CA State Bar No. 172962)
   JOHN S. WHITTAKER (CA State Bar No. 251791)
2  MEGAN A. SAMMUT (CA State Bar No. 287772)
   RUSSELL J. COOPER (CA State Bar No. 293282)
3  **DLA PIPER LLP (US)**
   400 Capitol Mall, Suite 2400
4  Sacramento, CA  95814
   Telephone:     916.930-3200
5  Facsimile:     916.930-3201
   john.whittaker@dlapiper.com
6
   Attorneys for Plaintiff
7  RENO FUENTES RIOS

8  KAMALA D. HARRIS (CA State Bar No. 146672)
   Attorney General of California
9  RENE L. LUCARIC (CA State Bar No. 180005)
   Supervising Deputy Attorney General
10 DAVID A. CARRASCO (CA State Bar No. 160460)
   Deputy Attorney General
11   300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
12   Telephone: (213) 897-6334
     Fax: (213) 897-7604
13   E-mail: David.Carrasco@doj.ca.gov

14 Attorneys for Defendants
   Brandon, Mayfield, and Parker
15

16                 UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA

18 | RENO FUENTES RIOS,       | CASE NO.  2:07-cv-00790 KJN (PC) |
   |--------------------------|----------------------------------|
19 |        Plaintiff,        | **STIPULATION AND [PROPOSED]**   |
20 |   v.                     | **ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO TAKE THE** |
21 | J.E. TILTON, et al.,     | **DEPOSITION OF PLAINTIFF'S WITNESS ASOFA TAFILELE** |
22 |        Defendants.       |                                  |

23

24     Plaintiff Reno Fuentes Rios and Defendants J.E. Mayfield, G. Parker, and K. Brandon

25 (hereafter collectively referred to as the "Parties"), through their respective attorneys, respectfully

26 request that the Court approve a 45-day extension of the deadline for Defendants to take the

27 deposition of Plaintiff's witness Asofa Tafilele.

28
                                          -1-
DLA PIPER LLP (US)
SACRAMENTO

WEST\255527466.1       STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO
                       DEPOSE WITNESS ASOFA TAFILELE;
                       CASE NO. 2:07-CV-00790 KJN (PC)

In its January 22, 2015 Order, the Court reopened discovery for 60 days for the limited purpose of allowing Defendants to depose Asofa Tafilele.  The Parties have met and conferred to find a mutually suitable date for Mr. Tafilele's deposition and seek an extension of 45 days from the current deadline of March 23, 2015, in order to depose the witness.

Accordingly, the parties jointly stipulate and request that the Court approve a 45-day extension of the discovery deadline from the Court's January 22, 2015 Order.

**SO STIPULATED.**

Dated:  March 16, 2015            DLA PIPER LLP (US)

                                  By:    /s/ John S. Whittaker
                                         JOHN S. WHITTAKER
                                         Attorneys for Plaintiff

Dated:  March 16, 2015            By:    /s/ David A. Carrasco (authorized on 3/16/15)
                                         DAVID A. CARRASCO
                                         Deputy Attorney General
                                         Office of the California Attorney General
                                         Attorney for Defendants

**APPROVED AND SO ORDERED.**

Dated:  March 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rios0790.discovery.eot

WEST\255527466.1

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO DEPOSE WITNESS ASOFA TAFILELE;
CASE NO. 2:07-CV-00790 KJN (PC)

DLA Piper LLP (US)
Sacramento