TODD M. NOONAN (CA State Bar No. 172962)
JOHN S. WHITTAKER (CA State Bar No. 251791)
MEGAN A. SAMMUT (CA State Bar No. 287772)
RUSSELL J. COOPER (CA State Bar No. 293282)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
Telephone:     916.930-3200
Facsimile:      916.930-3201

Attorneys for Plaintiff
RENO FUENTES RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>           Plaintiff,<br><br>     v.<br><br>J.E. TILTON, et al.,<br><br>           Defendants. | CASE NO.  2:07-cv-00790 KJN (PC)<br><br>**[PROPOSED]  ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT**<br><br>Trial Date:  October 31, 2016<br>Action Filed:  April 25, 2007 |

The court has reviewed plaintiff's Request to Seal Documents (ECF No. 211), Plaintiff's Brief in Response to the Court's May 13, 2016 Order re: Trial Procedures in Remedies Phase ("Order"), the Declaration of Jacquelyn C. Loyd In Support of Plaintiff's Brief in Response to the Court's Order, and Exhibits A-D attached thereto.  Good cause appearing, the court grants the request to seal these documents.[1]

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A redacted version of these documents will be filed and publicly available on the docket.