Wiley Rein LLP
Tatiana Sainati
1776 K Street, NW
Washington D.C., 20006
(202) 719-3544
tsainati@wileyrein.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>    Plaintiff,<br><br>v.<br><br>J.E. TILTON, et al.,<br><br>    Defendants. | No. 2:07-cv-0790 KJN P<br><br>**[PROPOSED] ORDER GRANTING APPELLATE COUNSEL'S EX PARTE REQUEST FOR SEALED DOCUMENTS** |

Plaintiff is a state prisoner. The *ex parte* request of appellate counsel for plaintiff Reno Fuentes Rios to obtain all sealed orders and documents in this case to assist in preparing plaintiff's appeal came before the United States District Court for the Eastern District of California. Having reviewed and considered the request, and good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall email to plaintiff's appellate counsel at tsainati@wileyrein.com the following sealed documents: ECF Nos. 176, 177, 182, 184, and 218. Plaintiff's appellate counsel shall not in any way release such documents to the public, and shall not release such documents in any way to plaintiff without an order of permission from the Court of Appeals for the Ninth Circuit in Case No. 16-17213.

Dated: June 28, 2018

rios0790.sea

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE